FILED: June 26, 2025

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 25-1560
(1:25-cv-00480-PTG-WBP)

_____

BADAR KHAN SURI

        Petitioner - Appellee

v.

DONALD TRUMP, in his official capacity as President of the United States; RUSSELL HOLT, in his official capacity as Field Office Director of Washington, Immigration and Customs Enforcement; TODD LYONS, Acting Director, U.S. Immigration and Customs Enforcement; KRISTI NOEM, in her official capacity as Secretary of the United States Department of Homeland Security; MARCO RUBIO, in his official capacity as Secretary of State; PAMELA BONDI, in her official capacity as Attorney General, U.S. Department of Justice

        Respondents - Appellants

 and

JEFFREY CRAWFORD, in his official capacity as Warden of Farmville Detention Center

        Respondent

_____

ORDER

_____

Upon consideration of The Intercept Media, Inc.'s unopposed motion to remove remote access restrictions, the court grants the motion.

For the Court

/s/ Nwamaka Anowi, Clerk