**No. 25-1560**

---

**IN THE UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT**

---

**BADAR KHAN SURI,
Petitioner-Appellee,**

**v.**

**DONALD J. TRUMP, ET AL.,
Respondents-Appellants.**

---

**ON APPEAL FROM THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
District Court Case No. 1:25-cv-00480**

---

**MOTION TO WITHDRAW APPEARANCE**

---

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

DREW C. ENSIGN
Deputy Assistant Attorney General
Office of Immigration Litigation

WILLIAM C. PEACHEY
Director

YAMILETH G. DAVILA
Assistant Director

ERIK S. SIEBERT
United States Attorney
Eastern District of Virginia

DAVID J. BYERLEY
TOM B. SCOTT-SHARONI
BRANDON D. ZELLER
Trial Attorneys
Office of Immigration Litigation
Civil Division, U.S. Dept. of Justice
P.O. Box 878, Ben Franklin Station
Washington, DC 20044

Attorneys for Respondents-Appellants

**UNOPPOSED MOTION TO WITHDRAW APPEARANCE**

Pursuant to Local Rule 46(c), Appellants hereby move to withdraw the appearance of Tom B. Scott-Sharoni as counsel for Appellants. Good cause supports this request, as Mr. Scott-Sharoni's last day of employment with the U.S. Department of Justice's Office of Immigration Litigation is July 11, 2025. Appellants continue to be represented by other counsel in this matter.

Per Local Rule 27(a), Appellants certify that counsel for the Parties have conferred on the intended filing of the motion, and Appellee takes no position on the motion.

July 10, 2025

Respectfully submitted,

ERIK S. SIEBERT
*United States Attorney*

BRETT SHUMATE
*Assistant Attorney General*
Civil Division

DREW C. ENSIGN
*Deputy Assistant Attorney General*

WILLIAM C. PEACHEY
*Director*
Office of Immigration Litigation
District Court National Security Section

YAMILETH G. DAVILA
*Assistant Director*

BRANDON D. ZELLER
DAVID J. BYERLEY
*Trial Attorneys*

*/s/ Tom B. Scott-Sharoni*
Tom B. Scott-Sharoni
*Trial Attorney* (VA Bar #96472)
U.S. Department of Justice
Civil Division
Office of Immigration Litigation
P.O. Box 868, Benjamin Franklin Station
Washington, D.C. 20044
202-538-3554
Tom.Scott-Sharoni2@usdoj.gov

*Attorneys for Respondents-Appellants*

**CERTIFICATE OF COMPLIANCE**

Pursuant to Federal Rule of Appellate Procedure 27(d)(2)(A), I certify that the foregoing was prepared using 14-point Times New Roman type, is proportionally spaced and contains less than 5,200 words, exclusive of the tables of contents and citations, and certificates of counsel.

**CERTIFICATE OF SERVICE**

I certify that on July 10, 2025, I filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Fourth Circuit by using the Court's CM/ECF System. I further certify that all participants in the case are registered CM/ECF users and that service will be accomplished through that system.

July 10, 2025

*/s/ Tom B. Scott-Sharoni*

Tom B. Scott-Sharoni
*Trial Attorney* (VA Bar #96472)
U.S. Department of Justice
Civil Division
Office of Immigration Litigation
P.O. Box 868, Benjamin Franklin Station
Washington, D.C. 20044
202-538-3554
Tom.Scott-Sharoni2@usdoj.gov

*Attorney for Respondents-Appellants*