# UNITED STATES COURT OF APPEALS
# FOR THE FOURTH CIRCUIT

1100 East Main Street, Suite 501, Richmond, Virginia 23219

August 19, 2025

_____

DOCKET CORRECTION NOTICE

_____

No. 25-1560,   <u>Badar Suri v. Donald Trump</u>
              1:25-cv-00480-PTG-WBP

TO:
- Russell Holt
- Kristi Noem
- Pamela Jo Bondi
- Donald J. Trump
- Todd Lyons
- Marco Rubio

**BRIEF / JOINT APPENDIX CORRECTION DUE: August 25, 2025**

Please make the correction identified below and file a corrected document by the due date indicated. Use the **BRIEF** or **JOINT APPENDIX** entry and select "Corrected" as a modifier if corrections require the refiling of the electronic brief/joint appendix. The time for filing the next brief is unaffected by this notice.

[✔] Incorrect event used. Please refile the document using the event BRIEF with the type of brief being OPENING.

[✔] APPENDIX DOES NOT CONTAIN (FRAP 30, Loc. R. 30(b)):
- Full rendering of the district court docket sheet

[✔] APPENDIX FORMAT INSUFFICIENT BECAUSE (FRAP 32):
Cover does not contain:
- Fourth Circuit Docket Number, centered at top
- Heading: United States Court of Appeals for the Fourth Circuit
- Title of Case (parties' names)
- Nature of Proceeding and Court Below: Appeal from the U.S. District Court for the District of . . .

[✔] APPENDIX FORMAT INSUFFICIENT BECAUSE (FRAP 32):

Cover does not contain:

- Names, Addresses, Phone Numbers of Counsel on both sides of case

Kirsten Hancock, Deputy Clerk
804-916-2702