No. 25-1560

# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FOURTH CIRCUIT

**BADAR KHAN SURI,**
**Petitioner-Appellee,**

**v.**

**DONALD J. TRUMP, ET AL.,**
**Respondents-Appellants.**

## ON APPEAL FROM THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
### District Court Case No. 2:25-cv-00480

## MOTION FOR LEAVE TO FILE OUT OF TIME

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

DREW C. ENSIGN
Deputy Assistant Attorney General
Office of Immigration Litigation

WILLIAM C. PEACHEY
Director

YAMILETH G. DAVILA
Assistant Director

ERIK S. SIEBERT
United States Attorney
Eastern District of Virginia

DAVID J. BYERLEY
BRANDON D. ZELLER
Trial Attorneys
Office of Immigration Litigation
Civil Division, U.S. Dept. of Justice
P.O. Box 878, Ben Franklin Station
Washington, DC 20044

Attorneys for Respondents-Appellants

## MOTION FOR LEAVE TO FILE OUT OF TIME

Appellants Donald J. Trump, *et al.*, respectfully move for leave to file the requested corrections to the joint appendix out of time.

In support of this motion, Appellants state the following:

1. On June 4, 2025, this Court issued a Briefing Order, which directed Appellants to file their opening brief and the joint appendix on or before July 14, 2025. ECF No. 20. This Court further ordered that Appellee file his response brief by August 13, 2025, and Appellants file their reply brief, if any, within 21 days of service of Appellees' response brief. *Id.*

2. On July 8, 2025, on a joint motion, the Court modified the briefing schedule as follows:

   - Appellants' Opening Brief and Joint Appendix due: August 13, 2025

   - Appellee's Response Brief due: September 26, 2025

   - Appellants' Reply Brief due: 28 days after service of Appellees' response brief.

   Order, ECF No. 29.

3. On August 13, 2025, Appellants filed their opening brief and joint appendix. ECF Nos. 33-34.

4. On August 19, 2025, the Deputy Clerk issued a request for docket correction by August 25, 2025, identifying errors with some formatting in the joint appendix. ECF No. 35.

5. Due to an inadvertent oversight involving a miscommunication between counsel and support staff, Appellants were delayed in filing the requested corrections and filed them on August 26, 2025. ECF No. 36.

6. Appellants sincerely apologize for this oversight and hereby move the Court to accept the docket corrections filed out of time on August 26, 2025.

DATE: August 26, 2025       Respectfully submitted,

ERIK S. SIEBERT
*United States Attorney*

BRETT SHUMATE
*Assistant Attorney General*
Civil Division

DREW C. ENSIGN
*Deputy Assistant Attorney General*

WILLIAM C. PEACHEY
*Director*
Office of Immigration Litigation
District Court National Security Section

YAMILETH G. DAVILA
*Assistant Director*

BRANDON D. ZELLER
*Trial Attorneys*

*/s/ David J. Byerley*
DAVID J. BYERLEY
Trial Attorney (DC Bar # 1618599)
Office of Immigration Litigation
Civil Division, U.S. Dept. of Justice
P.O. Box 868, Ben Franklin Station
Washington, DC 20044
Tel: (202) 532-4523
David.Byerley@usdoj.gov

*Attorneys for Respondents-Appellants*

## CERTIFICATE OF COMPLIANCE

Pursuant to Federal Rule of Appellate Procedure 27(d)(2)(A), I certify that the foregoing was prepared using 14-point Times New Roman type, is proportionally spaced and contains less than 5,200 words, exclusive of the tables of contents and citations, and certificates of counsel.

## CERTIFICATE OF SERVICE

I certify that on August 26, 2025, I filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Fourth Circuit by using the Court's CM/ECF System. I further certify that all participants in the case are registered CM/ECF users and that service will be accomplished through that system.


August 26, 2025

*/s/ David J. Byerley*
DAVID J. BYERLEY
Trial Attorney (DC Bar # 1618599)
Office of Immigration Litigation
Civil Division, U.S. Dept. of Justice
P.O. Box 868, Ben Franklin Station
Washington, DC 20044
Tel: (202) 532-4523
David.Byerley@usdoj.gov

*Attorney for Respondents-Appellants*