FILED: September 30, 2025

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 25-1560
(1:25-cv-00480-PTG-WBP)

_____

BADAR KHAN SURI

       Petitioner - Appellee

v.

DONALD TRUMP, in his official capacity as President of the United States; RUSSELL HOLT, in his official capacity as Field Office Director of Washington, Immigration and Customs Enforcement; TODD LYONS, Acting Director, U.S. Immigration and Customs Enforcement; KRISTI NOEM, in her official capacity as Secretary of the United States Department of Homeland Security; MARCO RUBIO, in his official capacity as Secretary of State; PAMELA BONDI, in her official capacity as Attorney General, U.S. Department of Justice

       Respondents - Appellants

and

JEFFREY CRAWFORD, in his official capacity as Warden of Farmville Detention Center

       Respondent

_____

O R D E R

_____

The court grants the motion to extend filing time and extends the time for

filing the reply brief to 11/24/2025. Counsel is advised that no further extensions will be granted for filing the reply brief absent a showing of extraordinary circumstances.

                                                  For the Court--By Direction

                                                  <u>/s/ Nwamaka Anowi, Clerk</u>