No. 25-1560

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FOURTH CIRCUIT

BADAR KHAN SURI,
*Petitioner-Appellee*
v.
DONALD J. TRUMP, *et al.*,
*Respondents-Appellants*

On Appeal from the U.S. District Court for the Eastern District of Virginia,
District Court Case No. 1:25-cv-00480

**UNOPPOSED MOTION FOR LEAVE TO FILE BRIEF OF IMMIGRATION LAWYERS, LAW PROFESSORS, AND SCHOLARS AS *AMICI CURIAE* IN SUPPORT OF PETITIONER-APPELLEE**

Amber Qureshi
Law Office of Amber Qureshi, LLC
6925 Oakland Mills Rd., PMB #207
Columbia, MD 21045
Tel: (443) 583-4353
amber@qureshilegal.com

Elora Mukherjee
Jerome L. Greene Clinical Professor
of Law, Columbia Law School
Morningside Heights Legal Services
435 W. 116th Street, Room 831New
York, NY 10027
Tel: (212) 854-4291
emukherjee@law.columbia.edu
(in her individual capacity)

Fatma Marouf
Professor of Law
Texas A&M School of Law
1515 Commerce St.
Fort Worth, TX 76102
Tel: (817) 212-4123
fatma.marouf@law.tamu.edu
(in her individual capacity)

Ahilan Arulanantham
Professor from Practice
UCLA School of Law
385 Charles E. Young Dr. East
Los Angeles, CA 90095
Tel: (310) 825-1029
arulanantham@law.ucla.edu
(in his individual capacity)

*Counsel for Amici Curiae*

1

Proposed *amici curiae* are over 100 immigration lawyers, law professors, and scholars who practice, write about, research, and teach immigration law.[1] They respectfully move, under Fed. R. App. P. 29, for leave to file an *amici curiae* brief in support of the Petitioner.[2] The Petitioner, through counsel, consents to this motion. Respondents' counsel, Brandon Zeller, informed undersigned counsel on September 29, 2025, that the Government does not oppose this motion.

*Amici* collectively have many centuries of experience representing individuals at all stages of their immigration proceedings and in federal court. Regardless of their differing views on recent campus protests and the war in the Middle East, *amici* are united (1) in finding that this Court has jurisdiction over the case, and the Immigration and Nationality Act's restrictions on judicial review are not applicable here; and (2) the government's reliance on 8 U.S.C. § 1227(a)(4)(C)(i) to deport a noncitizen solely on the basis of lawful political speech may well be unprecedented in the history of this provision as of early March 2025.

---

[1] A list of *amici* is set forth in the Addendum of the proposed *amicus* brief. The positions taken in this brief are those of *amici* alone and should not be attributed to any institution with which *amici* are or have been affiliated.

[2] No counsel for any party has authored this brief in whole or in part, no party or party's counsel contributed money that was intended to fund preparing or submitting this brief, and no person other than *amici* or their counsel contributed money intended to fund preparing or submitting this brief.

1

Proposed *amici* have a strong "interest" in the fair and correct application of immigration law in this case. Allowing the federal government to target immigrants based on 8 U.S.C. § 1227(a)(4)(C)(i) will have devastating effects on immigrants; will upend the practice of immigration law; and will chill protected First Amendment speech not just on campuses but in communities nationwide.

This Court has broad discretion to grant proposed *amici*'s request to file an amicus brief in this case. The brief addresses the bars on judicial review in 8 U.S.C. § 1252(g) and 8 U.S.C. § 1252(b)(9). In addition, the proposed amicus brief highlights the unprecedented nature of the government's reliance on 8 U.S.C. 1227(a)(4)(C)(i) to deport a noncitizen for political speech, drawing on *amici*'s vast collective experience. Proposed *amici* are concurrently filing a motion for leave to file an appendix to the brief which provides data and analysis regarding the historical use foreign policy deportability ground.

The proposed brief offers non-duplicative insights, beyond that submitted by the parties, drawing on the particular expertise of proposed *amici*. Based on the foregoing, proposed *amici* respectfully request that the Court grant this motion for leave to file an *amicus* brief and accept the accompanying proposed brief for filing.

DATED: October 3, 2025         Respectfully submitted,

/s/ *Amber Qureshi*
Amber Qureshi
Law Office Amber Qureshi, LLC
6925 Oakland Mills Rd, PMB #207
Columbia, MD 21045
Tel: (443) 583-4353
amber@qureshilegal.com

Elora Mukherjee
Jerome L. Greene Clinical Professor of Law
Columbia Law School
Morningside Heights Legal Services, Inc.
435 W. 116th Street, Room 831
New York, NY 10027
Tel: (212) 854-4291
emukherjee@law.columbia.edu
(in her individual capacity)

Fatma Marouf
Professor of Law
Texas A&M School of Law
1515 Commerce St.
Fort Worth, TX 76102
Tel: (817) 212-4123
fatma.marouf@law.tamu.edu
(in her individual capacity)

Ahilan Arulanantham
Professor from Practice
UCLA School of Law
385 Charles E. Young Dr. East
Los Angeles, CA 90095
Tel: (310) 825-1029
arulanantham@law.ucla.edu
(in his individual capacity)

*Counsel for Amici Curiae*

3

## CERTIFICATE OF COMPLIANCE

Pursuant to Fed. R. App. P. 27(d), I hereby certify that the attached motion is proportionately spaced, has a typeface of 14 points in Times New Roman font, and contains 467 words (a motion may contain a maximum of 5200 words). This document therefore complies with the typeface requirements of Fed. R. App. P. 32(a)(5) and the type-style requirements of Fed. R. App. P. 32(a)(6).

DATED: October 3, 2025

*/s/ Amber Qureshi*
Amber Qureshi
Law Office Amber Qureshi, LLC
6925 Oakland Mills Rd, PMB #207
Columbia, MD 21045
Tel: (443) 583-4353
amber@qureshilegal.com

*Counsel for Amici Curiae*

## CERTIFICATE OF SERVICE

I hereby certify that on October 3, 2025, an electronic copy of the Unopposed Motion for Leave to File Brief of Immigration Lawyers, Law Professors, and Scholars as Amici Curiae was filed with the Clerk of the United States Court of Appeals for the Fourth Circuit by using the CM/ECF system. I also certify that all participants are registered CM/ECF users and will be served via the CM/ECF system.

DATED: October 3, 2025

*/s/ Amber Qureshi*
Amber Qureshi
Law Office Amber Qureshi, LLC
6925 Oakland Mills Rd, PMB #207
Columbia, MD 21045
Tel: (443) 583-4353
amber@qureshilegal.com

*Counsel for Amici Curiae*

5