No. 25-1560

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FOURTH CIRCUIT

BADAR KHAN SURI,
*Petitioner-Appellee*
v.
DONALD J. TRUMP, *et al.*,
*Respondents-Appellants*

On Appeal from the U.S. District Court for the Eastern District of Virginia,
District Court Case No. 1:25-cv-00480

## MOTION FOR LEAVE TO FILE APPENDIX TO BRIEF OF IMMIGRATION LAWYERS, LAW PROFESSORS, AND SCHOLARS AS *AMICI CURIAE* IN SUPPORT OF PETITIONER-APPELLEE

Amber Qureshi
Law Office of Amber Qureshi, LLC
6925 Oakland Mills Rd., PMB #207
Columbia, MD 21045
Tel: (443) 583-4353
amber@qureshilegal.com

Elora Mukherjee
Jerome L. Greene Clinical Professor
of Law, Columbia Law School
Morningside Heights Legal Services
435 W. 116th Street, Room 831
New York, NY 10027
Tel: (212) 854-4291
emukherjee@law.columbia.edu
(in her individual capacity)

Fatma Marouf
Professor of Law
Texas A&M School of Law
1515 Commerce St.
Fort Worth, TX 76102
Tel: (817) 212-4123
fatma.marouf@law.tamu.edu
(in her individual capacity)

Ahilan Arulanantham
Professor from Practice
UCLA School of Law
385 Charles E. Young Dr. East
Los Angeles, CA 90095
Tel: (310) 825-1029
arulanantham@law.ucla.edu
(in his individual capacity)

*Counsel for Amici Curiae*

1

Proposed *amici curiae* are over 100 immigration lawyers, law professors, and scholars who practice, write about, research, and teach immigration law. Pursuant to Local Rule 28(b), *amici* respectfully move for leave to file Appendix to the *amici curiae* brief that was submitted in this case in support of the Petitioner.

Appendix to the brief is a declaration by Graeme Blair, Ph.D., and David Hausman, J.D., Ph.D., providing data and analysis regarding the historical use foreign policy deportability ground. Based on publicly available data from the Executive Office of Immigration Review (EOIR) and published Board of Immigration Appeals (BIA) decisions, Appendix II demonstrates that, out of 11.7 million cases, DHS has invoked INA § 241(a)(4)(C)(i) or INA § 237(a)(4)(C)(i) as a removal charge in only fifteen cases prior to early March 2025. In just seven of these fifteen cases, the foreign policy deportability ground was the only charge alleged throughout the proceeding. Only four individuals ever were ultimately ordered removed or deported after being charged with removability under this ground. Focusing on the last 25 years up through early March 2025, the EOIR data reflects that INA § 237(a)(4)(C) has been invoked only four times, and only twice has it been the only charge alleged throughout the proceeding.

Appendix to the brief also demonstrates that this list of cases analyzed by Professors Blair and Hausman may be a significant overcount of the number of individuals charged with removability under INA § 241(a)(4)(C)(i) or INA §

1

237(a)(4)(C)(i). The declaration explains that the government's filings in another case indicates that there are significantly fewer cases in which INA § 241(a)(4)(C)(i) or INA § 237(a)(4)(C)(i) have been invoked and why data errors may have caused an overcount in the numbers of such cases in the EOIR data.

The data provided in the Appendix offers non-duplicative insights, beyond that submitted by the parties.

## CONCLUSION

The proposed *amici* respectfully request that the Court grant this motion for leave to file Appendix to the *amicus* brief.

DATED: October 3, 2025            Respectfully submitted,

*/s/ Amber Qureshi*
Amber Qureshi
Law Office Amber Qureshi, LLC
6925 Oakland Mills Rd, PMB #207
Columbia, MD 21045
Tel: (443) 583-4353
amber@qureshilegal.com

Elora Mukherjee
Jerome L. Greene Clinical Professor of Law
Columbia Law School
Morningside Heights Legal Services, Inc.
435 W. 116th Street, Room 831
New York, NY 10027
Tel: (212) 854-4291
emukherjee@law.columbia.edu
(in her individual capacity)

2

Fatma Marouf
Professor of Law
Texas A&M School of Law
1515 Commerce St.
Fort Worth, TX 76102
Tel: (817) 212-4123
fatma.marouf@law.tamu.edu
(in her individual capacity)

Ahilan Arulanantham
Professor from Practice
UCLA School of Law
385 Charles E. Young Dr. East
Los Angeles, CA 90095
Tel: (310) 825-1029
arulanantham@law.ucla.edu
(in his individual capacity)

*Counsel for Amici Curiae*

3

## CERTIFICATE OF COMPLIANCE

Pursuant to Fed. R. App. P. 27(d), I hereby certify that the attached motion is proportionately spaced, has a typeface of 14 points in Times New Roman font, and contains 329 words (a motion may contain a maximum of 5200 words). This document therefore complies with the typeface requirements of Fed. R. App. P. 32(a)(5) and the type-style requirements of Fed. R. App. P. 32(a)(6).


DATED: October 3, 2025          */s/ Amber Qureshi*
                                                  Amber Qureshi
                                                  Law Office Amber Qureshi, LLC
                                                  6925 Oakland Mills Rd, PMB #207
                                                  Columbia, MD 21045
                                                  Tel: (443) 583-4353
                                                  amber@qureshilegal.com

                                                  *Counsel for Amici Curiae*

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 3, 2025, an electronic copy of the Motion for Leave to File Appendix to Brief of Immigration Lawyers, Law Professors, and Scholars as Amici Curiae was filed with the Clerk of the United States Court of Appeals for the Fourth Circuit by using the CM/ECF system. I also certify that all participants are registered CM/ECF users and will be served via the CM/ECF system.

DATED: October 3, 2025                    */s/ Amber Qureshi*
                                                            Amber Qureshi
                                                            Law Office Amber Qureshi, LLC
                                                            6925 Oakland Mills Rd, PMB #207
                                                           Columbia, MD 21045
                                                           Tel: (443) 583-4353
                                                           amber@qureshilegal.com

                                                           *Counsel for Amici Curiae*