No. 25-1560

# In the United States Court of Appeals for the Fourth Circuit

BADAR KHAN SURI,

*Petitioner–Appellee,*

v.

DONALD J. TRUMP, et al.,

*Respondents-Appellants.*

**Motion to File Amici Curiae Brief by Habeas Scholars Marc D. Falkoff, Eric M. Freedman, Paul Halliday, Randy A. Hertz, Aziz Z. Huq, Lee Kovarsky, Nancy Morawetz, Jessica Rofé, Stephen I. Vladeck, and Larry Yackle in Support of Petitioner-Appellee**

1. Counsel for Amici Curiae Habeas Scholars Marc D. Falkoff, Eric M. Freedman, Paul Halliday, Randy A. Hertz, Aziz Z. Huq, Lee Kovarsky, Nancy Morawetz, Jessica Rofé, Stephen I. Vladeck, and Larry Yackle respectfully request leave to file an Amicus Brief Supporting Petitioner-Appellee.

2. All parties have consented to its filing.

1

          Respectfully submitted,

          /s/ Jennifer B. Condon

          _____

          Jennifer B. Condon, Esq.

Jennifer Brooke Condon, Esq.
Jon Romberg, Esq.
Jonathan Hafetz, Esq.
Seton Hall University School of Law
Center for Social Justice
833 McCarter Highway
Newark, New Jersey 07102
(973) 642-8700

Lawrence S. Lustberg, Esq.
Madhulika Murali, Esq.
Gibbons P.C.
John J. Gibbons Fellowship in Public Interest and Constitutional Law
One Gateway Center
Newark, New Jersey 07102
(973) 596-45
*Counsel for Amici Curiae*

Dated: October 3, 2025