October 6, 2025

_____

RESPONSE REQUESTED
_____

No. 25-1560,  Badar Suri v. Donald Trump
              1:25-cv-00480-PTG-WBP

TO:   Russell Holt
      Kristi Noem
      Pamela Jo Bondi
      Donald J. Trump
      Todd Lyons
      Marco Rubio

RESPONSE DUE: 10/16/2025

Response is required to the motion to file amicus brief on or before 10/16/2025.

If the content of a party's brief will be affected by the court's ruling on the motion to file amicus brief, the party may file a motion for extension of time to file the brief until after the court has ruled on the motion to file amicus brief.

R. Phillips, Deputy Clerk
804-916-2702