No. 25-1560

---

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FOURTH CIRCUIT

---

**BADAR KHAN SURI,**
Petitioner-Appellee,

v.

**DONALD J. TRUMP, ET AL.,**
Respondents-Appellants.

---

**ON APPEAL FROM THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA**
District Court Case No. 2:25-cv-00480

---

## MOTION FOR A STAY OF PROCEEDINGS
## IN LIGHT OF LAPSE OF APPROPRIATIONS

---

**BRETT SHUMATE**
**Assistant Attorney General**
**Civil Division**

**DREW C. ENSIGN**
**Deputy Assistant Attorney General**
**Office of Immigration Litigation**

**RUTH ANN MUELLER**
**Acting Assistant Director**

**ERIK S. SIEBERT**
**Acting United States Attorney**
**Eastern District of Virginia**

**DAVID J. BYERLEY**
**JUSTINE G. ULANDAY**
**Trial Attorneys**
**Office of Immigration Litigation**
**Civil Division, U.S. Dept. of Justice**
**P.O. Box 878, Ben Franklin Station**
**Washington, DC 20044**

**Attorneys for Respondents-
Appellants**

## MOTION FOR A STAY OF PROCEEDINGS
## IN LIGHT OF LAPSE OF APPROPRIATIONS

The United States of America hereby moves for a stay of proceedings in the above-captioned case.

1.    At the end of the day on September 30, 2025, the appropriations act that had been funding the Department of Justice expired and those appropriations to the Department lapsed. The same is true for the majority of other Executive agencies, including the federal Respondents-Appellants. The Department does not know when such funding will be restored by Congress.

2.    Absent an appropriation, Department of Justice attorneys and employees of the federal Respondents-Appellants are prohibited from working, even on a voluntary basis, except in very limited circumstances, including "emergencies involving the safety of human life or the protection of property." 31 U.S.C. § 1342.

3.    Undersigned counsel for the Department of Justice therefore requests a stay of proceedings until Congress has restored appropriations to the Department.

4.    If this motion for a stay is granted, undersigned counsel will notify the Court as soon as Congress has appropriated funds for the Department. The Government requests that, at that point, all current deadlines for the parties be extended commensurate with the duration of the lapse in appropriations – i.e., each deadline would be extended by the total number of days of the lapse in appropriations.

Therefore, although we greatly regret any disruption caused to the Court and the other litigants, the Government hereby moves for a stay of proceedings in this case until Department of Justice attorneys are permitted to resume their usual civil litigation functions.

## CONCLUSION

The Court should grant the government's motion for a stay of proceedings pending funding restoration by Congress.

October 7, 2025                                    Respectfully submitted,

ERIK S. SIEBERT                          BRETT SHUMATE
*Acting United States Attorney*          *Acting Assistant Attorney General*
*Eastern District of Virginia*           Civil Division

                                         DREW C. ENSIGN
                                         *Deputy Assistant Attorney General*

                                         RUTH ANN MUELLER
                                         *Acting Assistant Director*

                                         DAVID J. BYERLEY
                                         JUSTINE G. ULANDAY
                                         *Trial Attorneys*

                                         */s/ Justine G. Ulanday*
                                         JUSTINE G. ULANDAY
                                         Trial Attorney (CA Bar # 343949)
                                         Office of Immigration Litigation
                                         Civil Division, U.S. Dept. of Justice
                                         P.O. Box 878, Ben Franklin Station
                                         Washington, DC 20044
                                         Tel: (202) 532-3510
                                         Justine.Ulanday@usdoj.gov
                                         *Attorneys for Respondents-Appellants*

## CERTIFICATE OF COMPLIANCE

Pursuant to Federal Rule of Appellate Procedure 27(d)(2)(A), I certify that the foregoing was prepared using 14-point Times New Roman type, is proportionally spaced and contains less than 5,200 words, exclusive of the tables of contents and citations, and certificates of counsel.

October 7, 2025

/s/ *Justine G. Ulanday*
JUSTINE G. ULANDAY
Trial Attorney
Office of Immigration Litigation
Civil Division, U.S. Dept. of Justice
P.O. Box 878, Ben Franklin Station
Washington, DC 20044
Tel: (202) 532-3510

*Attorney for Respondents-Appellants*

## CERTIFICATE OF SERVICE

I certify that on October 7, 2025, I filed the foregoing with the Clerk of the

Court for the United States Court of Appeals for the Fourth Circuit by using the

Court's CM/ECF System. I further certify that all participants in the case are

registered CM/ECF users and that service will be accomplished through that system.

October 7, 2025

*s/ Justine G. Ulanday*
JUSTINE G. ULANDAY
Trial Attorney
Office of Immigration Litigation
Civil Division, U.S. Dept. of Justice
P.O. Box 878, Ben Franklin Station
Washington, DC 20044
Tel: (202) 532-3510

*Attorney for Respondents-Appellants*