FILED: November 5, 2025

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 25-1560
(1:25-cv-00480-PTG-WBP)

_____

BADAR KHAN SURI

   Petitioner - Appellee

v.

DONALD TRUMP, in his official capacity as President of the United States; RUSSELL HOLT, in his official capacity as Field Office Director of Washington, Immigration and Customs Enforcement; TODD LYONS, Acting Director, U.S. Immigration and Customs Enforcement; KRISTI NOEM, in her official capacity as Secretary of the United States Department of Homeland Security; MARCO RUBIO, in his official capacity as Secretary of State; PAMELA BONDI, in her official capacity as Attorney General, U.S. Department of Justice

   Respondents - Appellants

 and

JEFFREY CRAWFORD, in his official capacity as Warden of Farmville Detention Center

   Respondent

------------------------------

IMMIGRATION LAWYERS, LAW PROFESSORS, AND SCHOLARS; HABEAS SCHOLARS

   Amici Supporting Appellee

_____

O R D E R

_____

Upon consideration of submissions relative to the government's unopposed motion for extension of time to file paper copies, the court grants the motion and suspends the government's deadline for filing paper copies pending further order of the court.

    For the Court--By Direction

    <u>/s/ Nwamaka Anowi, Clerk</u>