# UNITED STATES COURT OF APPEALS
# FOR THE FOURTH CIRCUIT
# OFFICE OF THE CLERK

1100 East Main Street, Suite 501
Richmond, Virginia 23219-3517

www.ca4.uscourts.gov

Nwamaka Anowi
Clerk

Telephone
804-916-2700

November 5, 2025

---

## TENTATIVELY CALENDARED CASE CONTINUED

---

No. 25-1560, <u>Badar Suri v. Donald Trump</u>
1:25-cv-00480-PTG-WBP

TO: Counsel

You were previously notified of the tentative assignment of this case to an oral argument session. For scheduling reasons, your case has been continued. You will receive further notice from the court as soon as your case is assigned to another argument session.

N. Sims
Calendar Clerk
804-916-2714