FILED: November 21, 2025

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 25-1560
(1:25-cv-00480-PTG-WBP)

_____

BADAR KHAN SURI

       Petitioner - Appellee

v.

DONALD TRUMP, in his official capacity as President of the United States; RUSSELL HOLT, in his official capacity as Field Office Director of Washington, Immigration and Customs Enforcement; TODD LYONS, Acting Director, U.S. Immigration and Customs Enforcement; KRISTI NOEM, in her official capacity as Secretary of the United States Department of Homeland Security; MARCO RUBIO, in his official capacity as Secretary of State; PAMELA BONDI, in her official capacity as Attorney General, U.S. Department of Justice

       Respondents - Appellants

and

JEFFREY CRAWFORD, in his official capacity as Warden of Farmville Detention Center

       Respondent

------------------------------

IMMIGRATION LAWYERS, LAW PROFESSORS, AND SCHOLARS; HABEAS SCHOLARS

       Amici Supporting Appellee

_____

O R D E R

_____

Upon consideration of submissions relative to the motion to file attachment to amici curiae brief filed by Immigration Lawyers, Law Professors, and Scholars, the court grants the motion and accepts the attachment for filing.

    For the Court--By Direction

    /s/ Nwamaka Anowi, Clerk