FILED:  April 9, 2026

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 25-1560
(1:25-cv-00480-PTG-WBP)

_____

BADAR KHAN SURI

       Petitioner - Appellee

v.

DONALD TRUMP, in his official capacity as President of the United States;
RUSSELL HOLT, in his official capacity as Field Office Director of Washington,
Immigration and Customs Enforcement; TODD LYONS, Acting Director, U.S.
Immigration and Customs Enforcement; MARKWAYNE MULLIN, in his official
capacity as Secretary of the United States Department of Homeland Security;
MARCO RUBIO, in his official capacity as Secretary of State; TODD
BLANCHE, in his official capacity as Acting Attorney General, U.S. Department
of Justice

       Respondents - Appellants

 and

JEFFREY CRAWFORD, in his official capacity as Warden of Farmville
Detention Center

       Respondent

THE INTERCEPT MEDIA, INC

       Movant
------------------------------

IMMIGRATION LAWYERS, LAW PROFESSORS, AND SCHOLARS;
HABEAS SCHOLARS; FREE SPEECH FOR PEOPLE

Amici Supporting Appellee

_____

O R D E R
_____

Acting Attorney General, Todd Blanche, is substituted for former Attorney

General, Pamela Jo Bondi, as a party to this case pursuant to Fed. R. App. P.

43(c)(2).

For the Court--By Direction

/s/ Nwamaka Anowi, Clerk