UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————————

No. 25-1560
(1:25-cv-00480-PTG-WBP)

———————————————

BADAR KHAN SURI

Petitioner - Appellee

v.

DONALD TRUMP, in his official capacity as President of the United States; ROBERT GUADIAN, in his official capacity as Field Office Director of Washington, Immigration and Customs Enforcement; TODD LYONS, Acting Director, U.S. Immigration and Customs Enforcement; MARKWAYNE MULLIN, in his official capacity as Secretary of the United States Department of Homeland Security; MARCO RUBIO, in his official capacity as Secretary of State; TODD BLANCHE, in his official capacity as Acting Attorney General, U.S. Department of Justice

Respondents - Appellants

 and

JEFFREY CRAWFORD, in his official capacity as Warden of Farmville Detention Center

Respondent

THE INTERCEPT MEDIA, INC

Movant

------------------------------

IMMIGRATION LAWYERS, LAW PROFESSORS, AND SCHOLARS;

HABEAS SCHOLARS; FREE SPEECH FOR PEOPLE

Amici Supporting Appellee

_____

O R D E R

_____

The court substitutes Robert Guadian for Russell Holt as a party to this

proceeding.

For the Court--By Direction

/s/ Nwamaka Anowi, Clerk