

**U.S. Department of Justice**
Civil Division
Office of Immigration Litigation
*P.O. Box 868*
*Ben Franklin Station*
*Washington, D.C. 20044*

VIA CM/ECF                                                    May 27, 2026

Nwamaka Anowi, Clerk of Court
Lewis F. Powell, Jr. United States Courthouse Annex
1100 East Main Street, Suite 501
Richmond, Virginia 23219-3517
(804) 916-2700

**Re:   Rule 28(j) Letter of Supplemental Authority Apropos *Suri v. Trump*, No. 25-1560 (Oral argument held March 17, 2026)**

Dear Ms. Anowi:

Under Rule 28(j), Appellants provide notice of the Third Circuit's denial of rehearing and rehearing en banc in *Khalil v. President*, No. 25-2162 & 25-2357, --- F.4th ----, 2026 WL 1453191 (3d Cir. May 22, 2026).

As noted in brief and at oral argument, *Khalil* strongly reinforces the Government's position in this case that 8 U.S.C. § 1252(b)(9) channels review of Suri's claims into the Petition for Review process. Suri's claims in this case are no less intertwined with his removal proceedings than Khalil's were in his case. As such, deciding against the Government in the instant case would create a clear circuit split between this Court and the Third Circuit.

Respectfully Submitted,

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

DREW C. ENSIGN
Deputy Assistant Attorney General

JEFFREY ALDERETTE
Trial Attorney

*/s/ David J. Byerley*
DAVID J. BYERLEY
Trial Attorney (DC #1618599)
Office of Immigration Litigation
U.S. Dept. of Justice, Civil Div.
P.O. Box 868, Ben Franklin Station
Washington, DC 20044
T:202-532-4523
david.byerley@usdoj.gov

Counsel for Respondents-Appellants

Attach: *Khalil v. President*, Nos. 25-2162 & 25-2357, --- F.4th ----, 2026 WL 1453191 (3d Cir. May 22, 2026).

cc (via CM/ECF): All counsel of record

2

## CERTIFICATE OF COMPLIANCE

I hereby certify: 1. This document complies with the type-volume limitation of Federal Rule of Appellate Procedure 28(j) because, excluding the parts of the document exempted by Rule 32(f), this document contains 350 words or less. 2. This document complies with the typeface requirements of Federal Rule of Appellate Procedure 32(a)(5) and the type-style requirements of Rule 32(a)(6) because this document has been prepared in a proportionally spaced typeface using Microsoft Word in 14-point Century Schoolbook font.

Respectfully Submitted,

*/s/ David J. Byerley*
David J. Byerley

Counsel for Respondents-Appellants

3