FILED: June 24, 2026

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 25-1560
(1:25-cv-00480-PTG-WBP)
_____

BADAR KHAN SURI

       Petitioner - Appellee

v.

DONALD TRUMP, in his official capacity as President of the United States;
ROBERT GUADIAN, in his official capacity as Field Office Director of
Washington, Immigration and Customs Enforcement; DAVID J. VENTURELLA,
Acting Director, U.S. Immigration and Customs Enforcement; MARKWAYNE
MULLIN, in his official capacity as Secretary of the United States Department of
Homeland Security; MARCO RUBIO, in his official capacity as Secretary of
State; TODD BLANCHE, in his official capacity as Acting Attorney General,
U.S. Department of Justice

       Respondents - Appellants

 and

JEFFREY CRAWFORD, in his official capacity as Warden of Farmville
Detention Center

       Respondent

THE INTERCEPT MEDIA, INC

       Movant
------------------------------

IMMIGRATION LAWYERS, LAW PROFESSORS, AND SCHOLARS;

HABEAS SCHOLARS; FREE SPEECH FOR PEOPLE

Amici Supporting Appellee

_____

O R D E R

_____

The court substitutes David J. Venturella for Todd Lyons as a party to this proceeding.

For the Court--By Direction

/s/ Nwamaka Anowi, Clerk