FILED: September 14, 2026

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

No. 25-1560
(1:25-cv-00480-PTG-WBP)

---

BADAR KHAN SURI

Petitioner - Appellee

v.

DONALD TRUMP, in his official capacity as President of the United States; ROBERT GUADIAN, in his official capacity as Field Office Director of Washington, Immigration and Customs Enforcement; DAVID J. VENTURELLA, Acting Director, U.S. Immigration and Customs Enforcement; MARKWAYNE MULLIN, in his official capacity as Secretary of the United States Department of Homeland Security; MARCO RUBIO, in his official capacity as Secretary of State; TODD BLANCHE, in his official capacity as Acting Attorney General, U.S. Department of Justice

Respondents - Appellants

and

JEFFREY CRAWFORD, in his official capacity as Warden of Farmville Detention Center

Respondent

THE INTERCEPT MEDIA, INC

Movant

------------------------------

IMMIGRATION LAWYERS, LAW PROFESSORS, AND SCHOLARS; HABEAS SCHOLARS; FREE SPEECH FOR PEOPLE

Amici Supporting Appellee

---

M A N D A T E

---

The judgment of this court, entered July 23, 2026, takes effect today.

This constitutes the formal mandate of this court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

*/s/Nwamaka Anowi, Clerk*