UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 25-1560
(1:25-cv-00480-PTG-WBP)

_____

BADAR KHAN SURI

        Petitioner - Appellee

v.

DONALD TRUMP, in his official capacity as President of the United States; RUSSELL HOLT, in his official capacity as Field Office Director of Washington, Immigration and Customs Enforcment; JEFFREY CRAWFORD, in his official capacity as Warden of Farmville Detention Center; TODD LYONS, Acting Director, U.S. Immigration and Customs Enforcement; KRISTI NOEM, in her official capacity as Secretary of the United States Department of Homeland Security; MARCO RUBIO, in his official capacity as Secretary of State; PAMELA BONDI, in her official capacity as Attorney General, U.S. Department of Justice

        Respondents - Appellants

---

This case has been opened on appeal.

| Originating Court | United States District Court for the Eastern District of Virginia at Alexandria |
|---|---|
| Originating Case Number | 1:25-cv-00480-PTG-WBP |
| Date notice of appeal filed in originating court: | 05/15/2025 |

| Appellant(s) | Donald Trump, Russell Hott, Jeffrey Crawford, Todd Lyons, Kristi Noem, Marco Rubio, Pamela Bondi |
| --- | --- |
| Appellate Case Number | 25-1560 |
| Case Manager | Kirsten Hancock<br>804-916-2704 |